IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANNIE L. DRAKE, ALVIS F. AMBROSE, HOLLIS B. BARRON, NANCY GAINES, DWIGHT D. MYRICKS, CLAUZELL R. WILLIAMS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | CV 02-J-0146-S |
| vs. | ) ) | |
| FEDERAL RESERVE BANK OF ATLANTA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The court finds that the above-entitled case is, in actuality, five cases, and should be treated as such. Accordingly, the motion of defendant, Federal Reserve Bank of Atlanta, to sever is **GRANTED** as to the claims of Annie L. Drake, Hollis B. Barron, Dwight D. Myricks and Caluzell R. Williams. The claims of plaintiffs Alvis F. Ambrose and Nancy Gaines shall remain joined. The clerk is **INSTRUCTED** to open four new cases, one entitled *Alvis F. Ambrose and Nancy Gaines v. Federal Reserve Bank of Atlanta*, one entitled *Hollis B. Barron v. Federal Reserve Bank of Atlanta*, one entitled *Dwight D. Myricks v. Federal Reserve Bank of Atlanta*, and one entitled *Caluzell R. Williams v. Federal Reserve Bank of Atlanta*. The above numbered case shall proceed as *Annie L. Drake v. Federal Reserve Bank of Atlanta*. If plaintiffs, Barron, Myricks,

Williams, and Ambrose and Gaines do not pay their required filing fee within twenty (20) days, their actions will be dismissed for want of prosecution.

The actions by Ambrose and Gaines, Barron, Myricks, and Williams shall be assigned to judges by the random selection process as in any other newly filed case.

In the interests of judicial economy, as discovery has already been completed, the parties may proceed with any potentially dispositive motions.

Defendant's motion for leave to file separate summary judgment motions for each plaintiff is **MOOT.**

**DONE** and **ORDERED** this the 22 day of January 2003.

Inge P. Johnson
U.S. District Judge